# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 18, 2016

Jack B. Nichols
Law Offices of Jack B. Nichols
28 E WASHINGTON ST
ORLANDO, FL 32801

Appeal Number:  16-11462-HH
Case Style:  Adria Hill v. Orange County Sheriff, et al
District Court Docket No:  6:14-cv-01045-ACC-GJK

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

An extension of time to file appellants appendix has been granted to and including 06/06/2016.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, HH
Phone #: (404) 335-6180

EXT-1 Extension of time